2012-JAN-23  12:07    FROM-ABC LEGAL SERVICES              +2132539413        T-168   P.010/011   F-873

1   Sean Reis (SBN 184044)
    sreis@edelson.com
2   EDELSON MCGUIRE LLP
    30021 Tomas Street, Suite 300
3   Rancho Santa Margarita, California 92688
    Tel: (949) 459-2124
4   Fax: (949) 459-2123

5   *Counsel for Plaintiff and the putative class*

6   *Additional counsel for Plaintiff appear on signature page*

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  CHARLOTTE BAXTER, individually          )   Case No.  CV 12  0585 — GAF
    and on behalf of all others similarly   )                           (AGRx)
11  situated,                               )
                                            )   CLASS ACTION COMPLAINT FOR:
12                        Plaintiff,        )
                                            )   (1)   Violations of Cal. Civ. Code § 1798.83
13  v.                                      )
                                            )   (2)   Violations of Cal. Bus. & Prof. Code
14  RODALE, INC., a Pennsylvania            )         §§ 17200, *et seq.*
    corporation,                            )
15                                          )   DEMAND FOR JURY TRIAL
                          Defendant.        )
16                                          )

17

18        Plaintiff Charlotte Baxter ("Plaintiff"), by and through her attorneys, upon personal

19  knowledge as to herself and her own acts, and upon information and belief as to all other matters,

20  complains and alleges as follows:

21                          NATURE OF THE ACTION

22        1.    In 2003, the California Legislature passed the Shine the Light Law, Cal. Civ.

23  Code § 1798.83 (the "Shine the Light Law" or the "Act"), to protect consumers from companies

24  that collect and surreptitiously share their sensitive personal information with third parties. In

25  support of the bill, its author, Senator Liz Figueroa, aptly commented:

26        [s]ecret direct marketing "profiles" of consumers are being exchanged every hour

27        invisibly and routinely by the companies with which they do business. Not only

28
                                            1

are consumers powerless to stop such invasions of privacy, they do not even know whether and to what extent it is taking place.[1]

2.   The Act empowers consumers to "shine the light" on companies' data sharing methods by requiring businesses to establish a procedure by which customers can receive an explanation of how their personal information is disclosed to third parties (the "Shine the Light Disclosures" or "Disclosures").

3.   Businesses governed by the Act are required to: (1) designate a dedicated mailing address (physical or electronic) or phone/facsimile number where customers can request the company's Shine the Light Disclosures, and (2) ensure that interested customers can readily make such requests or otherwise obtain the Disclosures.

4.   Shine the Light Disclosures are necessary because without knowledge of companies' data sharing practices, consumers cannot make informed decisions about which businesses they should entrust with their personal information:

> Because privacy is, by definition, so intensely personal, for a consumer to make a rational and informed and personal choice to opt-in, opt-out, or simply take their business elsewhere, the consumer must know the 'who, what, where and when' of how a business handles personal information.[2]

5.   While traditional businesses may display or otherwise make Shine the Light Disclosures available at their physical storefront locations, the Act requires companies with no "brick and mortar" locations to either provide the Shine the Light Disclosures on their websites or to train their managers and employees to notify customers of the addresses and phone numbers where the Shine the Light Disclosures can be obtained.

---

[1]   California Senate Judiciary Committee, "SB 27 Senate Bill – Analysis," California State Senate, 5 (Sept. 16, 2003), http://info.sen.ca.gov/pub/03-04/bill/ sen/sb_0001-0050/sb_27_cfa_ 20030916_115403_sen_comm.html.

[2]   *Id.* at 4-5.

6.      Defendant Rodale, Inc. ("Rodale")—a publishing company with no "brick and mortar" storefronts—owns and operates the Internet website www.runnersworld.com and publishes the magazine *Runner's World*.

7.      Rodale collects and stores a wealth of information about its subscribers, and shares such data with third parties for direct marketing purposes.

8.      Despite the fact that Rodale profits by sharing its users' personal information, it intentionally keeps its users in the dark on its information sharing practices by failing to make the Shine the Light Disclosures on its website.

9.      As a result, Rodale violates the Shine the Light Law by willfully denying its users an opportunity to exercise their legally proscribed rights under the Act. Therefore, Plaintiff and the Class are entitled to civil penalties of three thousand dollars ($3,000.00) per violation pursuant to Cal. Civ. Code § 1798.84(c).

## PARTIES

10.      Plaintiff Charlotte Baxter is a natural person and resident of the State of California.

11.      Defendant Rodale, Inc. is a Pennsylvania corporation with its principal place of business at 400 South 10th Street, Emmaus, Pennsylvania 18049. Rodale does business throughout California and the United States.

## JURISDICTION AND VENUE

12.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(d) because (a) at least one member of the putative class is a citizen of a state different from Rodale, (b) the amount in controversy exceeds $5,000,000, exclusive of interest and costs, and (c) none of the exceptions under that subsection apply to this action.

13.      This Court has personal jurisdiction over Rodale because Rodale conducts business in California and the unlawful conduct alleged in the Complaint occurred in, was directed to, and/or emanated from California.

Class Action Complaint

14.     Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred in this District, and because Plaintiff resides in this District.

## FACTUAL BACKGROUND

**I.     The Personal Information Market: Consumer Data Has Monetary     Value**

15.     In 2001, Federal Trade Commission ("FTC") Commissioner Orson Swindle recognized that "the digital revolution . . . has given an enormous capacity to the acts of collecting and transmitting and flowing of information, unlike anything we've ever seen in our life . . . [and] individuals are concerned about being defined by the existing data on themselves."[3]

16.     More than a decade later, Commissioner Swindle's comments ring truer than ever, as consumer data feeds an information marketplace that supports a $26 billion dollar per year online advertising industry in the United States.[4]

17.     The FTC has also recognized that consumer data possesses inherent monetary value within the new information marketplace:

Most consumers cannot begin to comprehend the types and amount of information collected by businesses, or why their information may be commercially valuable. *Data is currency. The larger the data set, the greater potential for analysis—and profit.*[5]

18.     In today's digital marketplace, consumers engage in *quid pro quo* transactions

---

[3]     *See* "The Information Marketplace: Merging and Exchanging Consumer Data," Federal Trade Commission (Mar. 13, 2001), http://www.ftc.gov/bcp/ workshops/infomktplace/ transcript.htm.

[4]     *See* Julia Angwin and Emily Steele, "Web's Hot New Commodity: Privacy," The Wall Street Journal (Feb. 18, 2011), http://online.wsj.com/article/SB10001 424052748 703529004576160764037920274.html.

[5]     Commissioner Pamela Jones Harbour, "Remarks Before FTC Exploring Privacy Roundtable," Federal Trade Commission, 2 (Dec. 7, 2009), http://www.ftc.gov/ speeches/harbour/091207privacyroundtable.pdf (emphasis added).

with online businesses whereby individuals exchange personal information for services.

19.     It is now a nearly ubiquitous practice for online companies that collect consumer information—such as, names, addresses, occupations, political and religious affiliations, sexual orientation, education, and cultural interests—to share such data, for a profit, with numerous third party marketers without any input from, or disclosure to, the source consumer.

20.     In fact, consumers' personal information has become such a valuable commodity that companies now offer individuals the opportunity to sell their personal information themselves.[6] In this way, consumers are becoming more empowered to direct where their personal information is shared, and to directly profit from their own data.

21.     Because Rodale deprives its users the ability to control the dissemination of their personal information – by denying them the ability to ascertain where such data is flowing – Rodale has diluted the value of its users' property as it exists in the personal information market.

## II.     California's Shine the Light Law

22.     The Shine the Light Law was enacted because while "transparency is the touchstone of consumer confidence in information handling . . . by and large, consumers are not aware of the extent to which their personal information is sold."[7] Thus, the Act is designed to "shine the light" on how businesses share and profit from their customers' personal information.

23.     As such, under the Act, customers may request, and companies doing business in California must provide, a list of all categories of personal information disclosed by the business within the preceding year, as well as the names and addresses of the companies receiving that information.[8]

24.     To facilitate such requests, the Act requires businesses to "designate a mailing

---

[6]     *See* Steve Lohr, "You Want My Personal Data? Reward Me for It," The New York Times (July 17, 2010), http://www.nytimes.com/2010/07/18/ business/18unboxed.html.

[7]     SB 27 Analysis, 5, *supra*.

[8]     Cal. Civ. Code § 1798.83(a).

Class Action Complaint

address, electronic mail address, or, if the business chooses to receive requests by telephone or facsimile, a toll-free telephone or facsimile number, to which customers may deliver requests" to discover how their personal information is being shared with third parties.[9]

25.     The term "personal information" is broadly defined under the Act and includes, but is not limited to, an individual's:

(A) name and address; (B) electronic mail address; (C) age or date of birth; (D) names of children; (E) electronic mail or other addresses of children; (F) number of children; (G) age or gender of children; (H) height; (I) weight; (J) race; (K) religion; (L) occupation; (M) telephone number; (N) education; (O) political party affiliation; (P) medical condition; (Q) drugs, therapies, or medical products or equipment used; (R) the kind of product the customer purchased, leased, or rented; (S) real property purchased, leased, or rented; (T) the kind of service provided; (U) social security number; (V) bank account number; (W) credit card number; (X) debit card number; (Y) bank or investment account, debit card, or credit card balance; (Z) payment history; and (AA) information pertaining to the customer's creditworthiness, assets, income, or liabilities.[10]

26.     An Internet business with no "brick and mortar" locations may comply with the Act by adhering to the following provision:

Add to the home page of its Web site a link either to a page titled 'Your Privacy Rights' or add the words 'Your Privacy Rights' to the home page's link to the business's privacy policy . . . The first page of the link shall describe a customer's rights pursuant to this section and shall provide the designated mailing address, e-mail address, as required, or toll-free telephone number or facsimile number, as

---

[9]     Cal. Civ. Code § 1798.83(b)(1).

[10]    Cal. Civ. Code § 1798.83(e)(7).

appropriate.[11]

27.     Alternatively, and in cases where an Internet business has "employees who regularly have contact with customers," a business may:

> Notify all agents and managers who directly supervise employees who regularly have contact with customers of the designated address or numbers or the means to obtain those addresses or numbers and instruct those employees that customers who inquire about the business's privacy practices or the business's compliance with this section shall be informed of the designated addresses or numbers or the means to obtain the addresses or numbers.[12]

28.     In short, the Act affords California citizens the right to discover whether businesses are sharing their personal information, and if so, which companies or organizations they are sharing such data with.

## III.   A Brief Overview of Rodale

29.     Rodale publishes magazines for circulation and also operates several websites, including: www.runnersworld.com, www.womenshealthmag.com, and www.menshealth.com.

30.     In order to subscribe to one of its magazines or websites, consumers are required to provide Rodale with certain personal information, including, *inter alia*, their name and address, e-mail address, telephone number, gender, and date of birth.

31.     Rodale maintains this data on its servers.

## IV.   Rodale Willfully Violates California's Shine the Light Law

32.     Rodale shares its subscribers' personal information, including their names, addresses, e-mail addresses, gender, and dates of birth with third parties for direct marketing purposes.

---

[11]     Cal. Civ. Code § 1798.83(b)(1)(B).

[12]     Cal. Civ. Code § 1798.83(b)(1)(A).

33.     Despite the fact that Rodale shares information about its users with third parties for direct marketing purposes, it fails to provide its customers with the Shine the Light Disclosures, or the means through which its customers may obtain the Disclosures, as required by the Act.

34.     As such, Rodale has chosen to deny California customers their legal right to learn what personal information is being disclosed, who is receiving it, and other legal protections afforded under the Act.

35.     Accordingly, Rodale intentionally violates California's Shine the Light Law and is liable for civil penalties of three thousand dollars ($3,000.00) per violation pursuant to Cal. Civ. Code § 1798.84(c).

**FACTS RELATING TO PLAINTIFF CHARLOTTE BAXTER**

36.     Plaintiff Charlotte Baxter is a natural person domiciled in the State of California.

37.     In or around 2011, Plaintiff signed up for a subscription to *Runner's World*—a magazine owned, operated, and published by Rodale.

38.     At the time that Plaintiff signed up for her subscription, she provided personal information to Rodale, including, *inter alia*, her full name, mailing address, e-mail address, ZIP code, gender, and birth date.

39.     Plaintiff has received *Runner's World* the magazine and has visited www.runnerworld.com on numerous occasions since subscribing in or around 2011. At all relevant times, Plaintiff used Rodale, the magazine, and the websites primarily for personal, family, and household purposes.

**CLASS ACTION ALLEGATIONS**

40.     **Definition of the Class:** Plaintiff Charlotte Baxter brings this action pursuant to Fed. R. Civ. P. 23(b)(2) and (3) on behalf of herself and a Class of similarly situated individuals, defined as follows:

All California residents who have provided personal information to Rodale.

Class Action Complaint

Excluded from the Class are (1) Defendant, Defendant's agents, subsidiaries, parents, successors, predecessors, and any entity in which the Defendant or their parents have a controlling interest and their current and former employees, officers, and directors, (2) the Judge or Magistrate Judge to whom this case is assigned and the Judge's or Magistrate Judge's immediate family, (3) persons who execute and file a request for exclusion, (4) the legal representatives, successors, or assigns of any such excluded person, and (5) all persons who have previously had claims similar to those alleged herein finally adjudicated or who have released their claims against Defendant.

41.   **Numerosity:** The exact number of the members of the Class is unknown and is not available to Plaintiff, but the Class is believed to consist of millions of individuals. Thus, individual joinder in this case is impracticable. Class members can be easily identified through Rodale's records.

42.   **Commonality and Predominance:** There are many questions of law and fact common to the claims of Plaintiff and the other members of the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include but are not limited to the following:

(a)   Whether the Class members are "customers" of Rodale, as that term is defined by Cal. Civ. Code § 1798.83(e)(1);

(b)   Whether each Class member had an "established business relationship" with Rodale, as that term is defined by Cal. Civ. Code § 1798.83(e)(5);

(c)   Whether Rodale made the Shine the Light Disclosures required by Cal. Civ. Code § 1798.83(b)(1)(B);

(d)   Whether Rodale's website violates Civ. Code § 1798.83(b)(1)(B);

(e)   Whether Rodale has employees who regularly have contact with customers, as defined by Cal. Civ. Code § 1798.83(e)(4);

(f) Whether Rodale otherwise complied with the requirements of Cal. Civ. Code § 1798.83(b)(1);

(g) Whether Rodale's failure to meet the notice requirements of § 1798.83(b)(1)(B) constitutes a violation of § 1798.83;

(h) Whether Rodale's conduct constituted a willful, intentional, or reckless violation of § 1798.83; and

(i) Whether Plaintiff and the Class are entitled to injunctive relief.

43. **Typicality:** The factual and legal bases of Rodale's liability to Plaintiff and to the other members of the Class are the same and resulted in injury to Plaintiff and all of the other members of the Class. Plaintiff and the other members of the Class have all suffered harm as a result of Rodale's wrongful conduct.

44. **Adequate Representation:** Plaintiff will fairly and adequately represent and protect the interests of the Class members, and have retained counsel competent and experienced in complex class actions. Plaintiff has no interest antagonistic to those of the Class and Rodale has no defenses unique to Plaintiff.

45. **Appropriateness:** This class action is appropriate for certification because class proceedings are superior to all other available methods for the fair and efficient adjudication of this controversy and joinder of all members of the Class is impracticable. The damages suffered by the individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Rodale's wrongful conduct. Thus, it would be virtually impossible for the individual members of the Class to obtain effective relief for Rodale's misconduct. Even if each member of the Class could sustain such individual litigation, it would not be preferable to a class action because individual litigation would increase the delay and expenses to all parties due to the complex legal and factual controversies presented in this Complaint. By contrast, a class action presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision

Class Action Complaint

by a single court. Economies of time, effort, and expense will be fostered and uniformity of decisions will be ensured.

46.     **Policies Generally Applicable to the Class:** This class action is also appropriate for certification because Rodale has acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class as a whole. The policies of the Rodale challenged herein apply to and affect all members of the Class uniformly, and Plaintiff's challenge of these policies hinges on Rodale's conduct, not on facts or law applicable only to Plaintiff.

47.     **Notice to the Class:** The Parties will provide notice to the Class members that complies with the Federal Rules of Civil Procedure and Due Process.  Plaintiff anticipates that notice will be sent to Class members via email, to email addresses for Class members obtained from Rodale during discovery, using a Court-approved notice form.

## FIRST CAUSE OF ACTION
### Violations of California's Shine the Light Law
### (Cal. Civ. Code § 1798.83)
### (On behalf of Plaintiff and the Class)

48.     Plaintiff incorporates the foregoing allegations as if fully set forth herein.

49.     Plaintiff and the Class are "customers" of Rodale, as that term is defined by Cal. Civ. Code § 1798.83(e)(1).

50.     Plaintiff and the Class are engaged in an ongoing "established business relationship" with Rodale as that term is defined by Cal. Civ. Code § 1798.83(e)(5).

51.     Rodale cannot utilize the notice option available under Cal. Civ. Code § 1798.83(b)(1)(A) because, as a business operating almost exclusively online, it does not have "employees who regularly have contact with customers," as that term is defined by Cal. Civ. Code § 1798.83(e)(4).

52.     In any event, and upon information and belief, Rodale does not instruct or otherwise train its employees to respond to customer inquiries about obtaining Rodale's Shine the Light Disclosures as required by Cal. Civ. Code § 1798.83(b)(1)(A).

53.     Further, on information and belief, Rodale does not conduct business through "brick and mortar" stores in California, meaning it cannot avail itself of the notice option set forth in Cal. Civ. Code § 1798.83(b)(1)(C).

54.     Consequently, Rodale must utilize the notice option under Cal. Civ. Code § 1798.83(b)(1)(B). As such, Rodale must affirmatively disclose specific information to its customers through its Web site.

55.     Rodale willfully violates the Act by, among other things, (i) failing to designate a mailing address, e-mail address, telephone number, or facsimile number for customers to deliver requests, and/or (ii) failing to describe its California customers' rights under the Shine the Light Law.[13]

56.     Plaintiff's and the Class's personal information has monetary value, and Rodale's failure to comply with Cal. Civ. Code § 1798.83(b)(1) deprives Plaintiff and the Class of their statutorily-guaranteed right to monitor and control the disclosure and use of that data. As such, Rodale has diluted the value of Plaintiff and the Class members' personal property, and deprived them of the opportunity to sell their personal property for their own financial gain. Accordingly, Plaintiff and the Class have sustained, and continue to sustain, monetary injuries as a direct and proximate cause of Rodale's violation of Cal. Civ. Code § 1798.83.

57.     Rodale's failure to comply with Cal. Civ. Code § 1798.83(b) also deprives Plaintiff and the Class of the ability to make informed decisions with respect to their privacy and transmission of their personal information. Further, Rodale's supposed privacy procedures provide fewer protections to Plaintiff and the Class, thereby depriving them of their protections and rights under the Act.

58.     At all times relevant to this lawsuit, Rodale has failed to provide Plaintiff or the Class with disclosures required by Cal. Civ. Code § 1798.83(b)(1).

---

[13]     *See* Cal. Civ. Code § 1798.83(b)(1)(B); (*See* "Home Page" and "Privacy Policy," true and accurate copies of which are attached hereto as Exhibits 1 and 2, respectively.)

Class Action Complaint

59.     Rodale is a "business required to comply with [§ 1798.83]" and none of the exceptions in §§ 1798.83 or 1798.84 apply.[14]

60.     Rodale shares its customers' personal information with third parties for direct marketing purposes.

61.     Accordingly, Plaintiff and the Class are entitled to civil penalties of three thousand dollars ($3,000.00) per violation pursuant to Cal. Civ. Code § 1798.84(c).

**SECOND CAUSE OF ACTION**
**Violation of California's Unfair Competition Law**
**Cal. Bus. & Prof. Code §§ 17200, *et seq*.**
**(On Behalf of Plaintiff and the Class)**

62.     Plaintiff incorporates the foregoing allegations as if fully set forth herein.

63.     California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et seq*., protects both consumers and competitors by promoting fair competition in commercial markets for goods and services.

64.     The UCL prohibits any unlawful, unfair or fraudulent business act or practice.

65.     As discussed above, Rodale has violated the unlawful prong of the UCL in that its conduct violated the Shine the Light Law, Cal. Civ. Code § 1798.83.

66.     Plaintiff's and the Class's personal information has monetary value, and Rodale's failure to comply with Cal. Civ. Code § 1798.83(b) deprives Plaintiff and the Class of their statutorily-guaranteed right to monitor and control the disclosure and use of that data. As such, Rodale has diluted the value of Plaintiff's and the Class's personal property, and deprived them of the opportunity to sell their personal property for their own financial gain.

67.     Pursuant to Cal. Bus. & Prof. Code § 17203, Plaintiff, on her own behalf and on behalf of the Class, seeks an order requiring Rodale to (1) immediately cease the unlawful practices described herein; (2) make full restitution of all funds wrongfully obtained by sharing

---

[14]     *See* Cal. Civ. Code § 1798.83(b)(1).

Class Action Complaint

and/or selling Plaintiff's and the Class's personal information; and (3) pay interest, attorneys' fees, and costs pursuant to Cal. Code Civ. Proc. § 1021.5.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Charlotte Baxter, individually and on behalf of the Class, prays for the following relief:

A.    Certify the Class as defined above, appoint Plaintiff as Class representative, and designate her counsel as Class Counsel;

B.    Declare that Defendant's actions, as described herein, violate Cal. Civ. Code § 1798.83 and Cal. Bus. & Prof. Code §§ 17200, *et seq.*;

C.    Award injunctive and other equitable relief as is necessary to protect the interests of the Class, including, *inter alia*, entering an Order: (i) prohibiting Defendant from engaging in the wrongful and unlawful acts described herein; and (ii) requiring Defendant to add to its website the information required by Cal. Civ. Code § 1798.83(b)(1)(B);

D.    Award damages, including civil penalties of three thousand dollars ($3,000.00) per violation of Cal. Civ. Code § 1798.83 to Plaintiff and the Class;

E.    Award Plaintiff and the Class their reasonable litigation expenses and attorneys' fees pursuant to Cal. Civ. Code § 1798.84(g) and Cal. Code Civ. Proc. § 1021.5;

F.    Award Plaintiff and the Class pre- and post-judgment interest, to the extent allowable; and

G.    Award such other and further relief as equity and justice may require.

## JURY TRIAL

Plaintiff demands a trial by jury for all issues so triable.

Class Action Complaint

Dated: January 23, 2012

Respectfully submitted,

Charlotte Baxter, individually and
on behalf of all others similarly situated,

By: _____
    One of Plaintiff's attorneys

Sean P. Reis (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Steven L. Woodrow*
swoodrow@edelson.com
Ari J. Scharg*
ascharg@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Pro hac vice admission to be sought

Class Action Complaint

# Exhibit 1

Made in browser   PRO version   Are you a developer? Try out the HTML to PDF API

# RUNNER'S WORLD

FLOAT LIKE A...



RUN HAPPY

Learn more

BROOKS.

Log In or Register to join The Loop

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Training   Racing   Travel   Shoes & Gear   Tools   Blogs   Injury Prevention   RW Challenge   Nutrition & Weight Loss   Personal Trainer   Log   Runners' Stories   Trail Running   Forums   Women's Running   Video   MARATHON Training   Contact Us   SHOP

SUBSCRIBE

## RW DAILY

'No Trespassing' Signs, Cont'd
Re my previous post, which some folks construed (wrongly) as an endorsement of breaking the law (or the rules)...

**MORE RW DAILY:**
Motivational Poster #4
Behold, Ryan Hall's Left Quadriceps

See All RW Daily Posts

## RACING NEWS

Meb's Tribute to a Friend
Also: Amy Hastings gives it her all; Brett Gotcher's "bittersweet" Trials; Blake and Bolt Chat with Luke Puskedra...

See All Racing News

## BLOGS



### Essay: Competition Can Be Kind

In Houston, examples of "what sportsmanship looks like."





Fast Marathons   Trials Recap   Be Kind

ONLY $1 AN ISSUE!

SUBSCRIBE

New hot app:  Facebook Albums To PDF

pdfcrowd.com

Exhibit 1 - Page 1


open in browser PRO version    Are you a developer? Try out the HTML to PDF API

### VIDEO



**Women's Press Conference**
Shalane, Desi, & Kara talk about what it took in Houston to make the Olympic team.

PLAY



**Pain In The Butt?**
Use these simple yoga posses to relieve post-run pain in the posterior.

PLAY





**Men's Press Conference**
Watch Meb, Hall, and Abdi address the press as the 2012 Olympic team.

Learn more



RUN HAPPY  ➤ BROOKS

ADVERTISEMENT

FLOAT LIKE A...

### FEATURES



**OLYMPIC TRIALS**
2012 Trials: Basic Facts
10 Women to Watch
11 Men to Watch

"This Year I Will..."

**TRAINING**
IronStrength Workout
Return to Base

**NUTRITION & WEIGHT LOSS**
Alternate Sides
Quick, Creamy Spinach-Mushroom Lasagna

### Race Finder

City:
State/Province:  All
Zip Code:
Race Distance:  All Distances

GO

More Options

### Free Newsletters

Sign up today for exclusive Runner's World content.

☐ Training & Nutrition      ☐ Beginners
☑ Women's Running           ☐ Quote of the Day

Enter your email address

Sample Newsletter

SIGN UP

Your Privacy Rights

---

### Trail Heads
"Who says trail runners—and ultrarunners, in particular—can't run smoking fast road marathons?"

### Ask the Sports Doc
"I was told running causes irreparable damage to our bodies, do you have any details on this?"

### Dean's Blog
"According to a MapMyFITNESS survey Minneapolis came out on top of the fittest large cities."

### Ask Coach Jenny
When training through pregnancy, it's important to listen to your body and remember you're running for two.

### Training Daily
Too many folks are overtraining. Here's how to tell if you're one of them and change for the better.

### For Beginners Only
"Months ago I signed up for an 8K, but never made it to the race. How can I build my race confidence?"

See All Blogs

### POLL

**How often do you buy new running gear?**

○ Once a week
○ Once a month
○ Once a season
○ Whenever I meet a goal or want to treat myself
○ Only when I need it

VOTE

See Results Without Voting

### USER BLOGS FROM THE LOOP



Negativity is sometimes a good thing
By: Pug Runner
1/17/2012 8:00 PM CST



Exhibit 1 - Page 2

New hot app:  Facebook Albums To PDF          pdfcrowd.com

open in browser PRO version    Are you a developer? Try out the HTML to PDF API

New hot app: Facebook Albums To PDF

pdfcrowd.com

Find Runner's World at These Specialty Retailers

## RW STORE

   

**Brick - House, and Opium**
By: GruveB
1/17/2012 7:59 PM CST

**5 on Top with 3 on Bottom**
By: Tree Girl
1/17/2012 6:38 PM CST

**Runner's World Branded Apparel**
We worked with Running Warehouse to develop this line of soft, comfortable cotton tees.

**Going Long**
More than 40 gripping stories of "legends, oddballs, comebacks, and adventures."











Small Wonders

**SHOES & GEAR**
Inside Job
Running Watch Reviews
Winter 2011 Shoe Guide

**INJURY PREVENTION**
Prevent Postrun Butt Pain
Health Check
Are You Fit to Run?

 

**ARTICLES BY ISSUE**
January 2012
December 2011

## PROMOTIONS

GET MORE OUT OF LIFE

prius v



## SmartCoach

**Click here** to create your own personalized training plan.

GO

## Shoe Finder

**Shoe Advisor**
Let us recommend shoes for you.

**Shoes Like Mine**
Find shoes like the ones you run in now.

**Advanced Search**
Find shoes based on your criteria.

Exhibit 1   Page 3

visit the I want it work website and 500 lucky visitors will receive an exclusive mobile app download powered by Toyota Prius v.

### Get on the Inside Track

Visit Runner's World's new promo page, the Inside Track, to learn about the latest running giveaways, web sites, events, and more.

inside track

### Nike LUNARECLIPSE+

Push your limits, comfortably. LUNARECLIPSE+ with dynamic fit. Take Every Advantage.

### INNOVATION FOR ENDURANCE

Ready to take your training to the next level? Join the Innovation for Endurance community on Facebook for exclusive fitness content and a chance to win a 100% electric Nissan LEAF.




### Feel More With Less

Experience the PureProject by Brooks, a line of radically lightweight running shoes designed to naturally align your stride and empower every push-off. Now available in vibrant new colors.




FLOAT LIKE A...

RUN HAPPY
BROOKS
Learn more
ADVERTISEMENT

RUNNERS WORLD

GET 2 FREE TRIAL ISSUES OF RUNNER'S WORLD!   CLICK HERE

| Customer Service | RSS Feeds | International | About Runner's World | Advertising | Privacy Rights/Community Guidelines | Manage Email Preferences |
| Rodale | Running Times | Bicycling | Men's Health | Women's Health | Prevention | Organic Gardening | Fitbie.com | Sitemap |

To make a payment, cancel or renew your subscription for Runner's World, contact customer service at:
400 South Tenth Street  Emmaus, PA 18098  (800) 666-2828 runnersworld.com/customer-service  rwcustserv@rodale.com

© 2012 Rodale Inc.

RUNNER'S WORLD PRO version    Are you a developer? Try out the HTML to PDF API

New hot app: Facebook Albums To PDF

pdfcrowd.com

Exhibit 1 - Page 4

# Exhibit 2

# RODALE®

SEARCH

# Your Privacy Rights

*December 7, 2010*

### Protecting Your Privacy and Servicing Your Needs

Rodale is a global media company with a heritage, mission, and authority dedicated to the health and wellness of the individual, community, and planet. Through a broad portfolio of leading media properties, Rodale reaches more than 70 million people around the world through multiple distribution channels, including magazines, books, online, e-commerce, direct-to-consumer, and video:

| | |
|---|---|
| MensHealth | Prevention |
| RUNNERS | RUNNING |
| Biggest Loser Club | Gardening |
| RODALE.COM | EAT THIS, NOT THAT! |
| | WomensHealth |
| | Bicycling |
| | RODALE books |

The company publishes some of the best-known health and wellness lifestyle magazines, including *Prevention*, *Men's Health*, *Women's Health*, *Runner's World*, *Running Times*, *Bicycling*, *Mountain Bike*, and *Organic Gardening*, and is the largest independent book publisher in the United States, with a collection of bestselling titles. Rodale brings you the ideas, insights, and information that inspire and enable people to improve their lives and the world around them. We're a family-run business that

Open in browser    PRO version    Are you a developer? Try out the HTML to PDF API    New hot app:  Facebook Albums To PDF    pdfcrowd.com

Exhibit 2 - Page 1

values, integrity, and we are deeply committed to protecting your privacy and the security of the information you share with us.

We believe you have the right to know everything regarding the information we collect about you... how this information benefits you... and how you can say "no" to the use of any of this information.

This policy explains what we do with your information and what you can expect from Rodale. By using this site (the "Site"), you indicate your acceptance of Rodale's Privacy Policy.

**TABLE OF CONTENTS:**

I.   Children Under 13

II.  Information Collection and Changes

III. Your Privacy Rights/Transfers of Information

IV.  Mobile Devices

V.   Cookies/Web Beacons/Links

VI.  Policy Changes/Data Security

VII. Rules for Submissions and Member Conduct

VIII. Rights/Copyrights

IX.  Contact Us

**Children Under 13:**

We care about the safety of children. We won't knowingly allow anyone under 13 to provide us any personal identifying information. Children should always get permission from their parents before sending any information about themselves (such as, their names, e-mail addresses, and phone numbers) over the Internet to us or to anyone else. We encourage you to become involved in your children's on-line experience and to share your interest in our sites with your young ones.

**What information do you collect about me?**

Rodale collects personal identifying information ("PII") from you only if you voluntarily submit such information to us on website(s) and through e-mail. We also collect PII during transactions, sponsored events, mobile marketing campaigns, and contests/sweepstakes. When visiting one of our online sites, we collect user-specific information on what pages are visited and volunteered information such as survey information and/or site registrations. PII includes your name, postal address, e-mail address, telephone and cell phone numbers, wireless service provider, and all other information you provide to us.

We may collect information about your interaction with Rodale sites and services. For example, we may use Web site analytics tools on our site to retrieve information from your browser, including the site you came from, the search engine(s) and the keywords you used to find our site, the pages you view within our site, your browser add-ons, and your browser's width and

Exhibit 2 - Page 2

height. We may also use technologies, such as cookies and web beacons (described below), to collect information about the pages you view, the links you click and other actions you take on our sites and services. Additionally, we may collect certain standard information that your browser sends to every website you visit, such as your IP address, browser type and language, access times and referring Web site addresses.

When you receive newsletters or promotional e-mail from Rodale, we may use web beacons (described below), customized links or similar technologies to determine whether the e-mail has been opened and which links you click in order to provide you more focused e-mail communications or other information.

In order to offer you a more consistent and personalized experience in your interactions with Rodale, information collected through one Rodale site or service may be combined with information obtained through other Rodale sites or services. We may also supplement the information we collect with information obtained from other companies.

## What's in it for me?

Plenty! The information we collect allows us to customize the content and/or layout of our page for each visitor. Plus, it enables us to notify you about updates to our Website... contact you with special offers of interest... and customize your Website experience. In addition, information is shared with reputable organizations that may contact you with special offers of possible interest.

## May I update my account and contact information?

Yes! Upon request, we will update your personal account information (e.g., customer number)... access your account status (outstanding balance)... and update your contact information (i.e., name, address, phone number). For more information or to update an account please visit http://www.rodaleinc.com/customer-service. If you prefer, you may write to us at Customer Service, Rodale Inc., 400 South Tenth Street, Emmaus, PA 18098.

## Your Privacy Rights

From time to time, we make your PII available to other reputable businesses whose products or services might be of value to you. If you do not want us to share your PII with other companies or organizations, please let us know by accessing the form at http://www.rodale.com/privacy-rights.html, by calling us at 866-387-0509, or writing to us at Customer Service, Rodale Inc., 400 South Tenth Street, Emmaus, PA 18098.

## What if I don't want commercial/promotional e-mail from Rodale?

Easy, if you do not want to receive commercial/promotional e-mail from Rodale, please let us know by updating your email preferences at (preferences.rodale.com), by utilizing the unsubscribe option available on e-mail communications, by calling us at 866-387-0509, or by writing to us at Customer Service, Rodale Inc., 400 South Tenth Street, Emmaus, PA 18098.

## Transfers of Information for Legal Purposes

Rodale Inc. may need to disclose certain information to comply with a legal requirement, such as a law, regulation, court order, subpoena, or search warrant, in the course of a legal proceeding or in response to a law enforcement agency request. If there is a change of control in Rodale's business (whether by merger, sale, or otherwise) or a sale or transfer of its assets, customer

PDF in browser PRO version   Are you a developer? Try out the HTML to PDF API

New hot app:   Facebook Albums To PDF

pdfcrowd.com

Exhibit 2 - Page 3

information could be sold or transferred as part of that transaction and your PII potentially used by the Purchaser or other recipient of said customer information.

You acknowledge that Rodale is located in the United States of America ("U.S.") and will process and store your information in the U.S., and that as a result, U.S. governments, courts or law enforcement or regulatory agencies may be able to obtain disclosure of your information through the laws of the U.S.

## Mobile Devices/Third Party Fees

From time to time, Rodale may deploy mobile marketing campaigns and may allow you to register for services that involve messages and/or e-mails being sent to your mobile device. You are responsible for obtaining access to the mobile device services, and that access may involve third-party fees, including mobile carrier, text messaging, or airtime charges. You are solely responsible for those fees, including any and all fees associated with the delivery of the messages, e-mails or other materials to your mobile device. Please consult your mobile service provider's pricing plan prior to registering for any such service to determine the charges for sending and receiving text messages from/to your mobile device. You will be given the opportunity to opt-out of receiving text messages or emails to your mobile device at the time you register and with each message or email you receive.

Mobile marketing campaigns may involve your sending an e-mail from your mobile device to Rodale or a third-party campaign operator. An e-mail or other response will then be sent to your mobile device. Opting to participate in a campaign is 100% your choice. When you engage in these mobile marketing campaigns, Rodale and the third-party campaign operator collect your cell phone number, the name of your wireless service provider, images that you send using your cell phone as part of the campaign, and other relevant information.

## What are "cookies" and what do they do for me?

In order to provide better service when you return to our site, Rodale may use cookies to store your preferences and information about such things as items added to your shopping cart, purchases you have made with us, what pages you visit, and past activity at a site. "Cookies" are tiny pieces of information stored by your browser on your computer's hard drive. Cookies are also used to ensure that you are not repeatedly sent the same banner ads and to customize Webpage content based on your browser type (Netscape or Microsoft Explorer, for example). Most browsers are initially set to accept cookies.

If you want to disable cookies, there is a simple procedure in most Internet browsers that allows you to turn off cookies. Please remember, however, that cookies may be required to allow you to use certain features of our sites.

We may also use third-party advertising, data analytics and online targeting companies to serve ads when you visit the Sites. When online advertisements are displayed to you, one or more persistent cookies may be placed on your computer. Some of these companies may use anonymous information (not including PII) about your visits to this Site and other websites in order to provide data and targeting recommendations based on which we may provide advertisements about goods and services of interest to you. To learn more about this practice and the third party companies we currently might be using click here. To opt-out

Exhibit 2 - Page 4

of this practice please click here.

## Use of Web Beacons

Rodale Website pages may contain electronic images known as Web beacons - sometimes called single-pixel gifs - that may be used to assist in delivering cookies on our sites and allow us to count users who have visited those pages and to deliver co-branded services. We may include Web beacons in promotional e-mail messages or our newsletters in order to determine whether messages have been opened and acted upon.

Rodale may also employ Web beacons from third parties in order to help us compile aggregated statistics regarding the effectiveness of our promotional campaigns or other operations of our sites.

## Links

Rodale sites may, on occasion, contain links to other sites with information gathering practices different from our own. Visitors should consult privacy policies for all other sites, as Rodale has no control over information submitted to or collected by such third parties.

Rodale sites sometimes offer contest, sweepstakes, or promotions sponsored or co-sponsored by third parties. These third parties may obtain PII that visitors voluntarily submit to participate in the contest, sweepstakes, or promotion. Rodale has no control over the third-party sponsor's use of this information. The Rodale site will notify you at the time of requesting PII if third-party sponsors will be provided with such information.

## Changes...

Rodale may need to change this privacy policy from time to time in order to address new issues, evolving technologies, changes on our sites, or business practices. Rodale will post those changes so you will always know what information we gather and how we might use that information. Please refer back to this policy regularly.

## What about data security?

To ensure the security of your data - including address information and credit card numbers - Rodale always uses industry-standard encryption technologies when transferring and receiving consumer data exchanged with our site. We have appropriate security measures that protect against the loss, misuse, or alteration of information that we have collected from you.

## Rules for Submissions and Messages

Responsibility for what is posted in the discussion groups or other public forums lies with each user - you alone are responsible for the content of your messages and the consequences of any such messages. We cannot and do not review every submission a user may make. We neither endorse nor guarantee the accuracy or propriety of any submission. We do, however, reserve the right but do not assume the obligation to restrict or prohibit your use of our sites if we believe you are violating any of the terms of the agreement and to remove, edit, or relocate any submission as we see fit whether for legal or other reasons.

## Member Conduct

You understand that all information, data, text, software, music, sound, photographs, graphics, video, messages or other

PRO version    Are you a developer? Try out the HTML to PDF API

New hot app: Facebook Albums To PDF

Exhibit 2 - Page 5

materials ("Content"), whether publicly posted or privately transmitted, are the sole responsibility of the person from which such Content originated. This means that you, and not Rodale Inc., are entirely responsible for all Content that you upload, post, or otherwise transmit. Rodale does not control the Content posted and, as such, does not guarantee the accuracy, integrity, or quality of such Content. You understand that by using a Rodale site, you may be exposed to Content that is offensive, indecent or objectionable.

**You agree to not use the Rodale sites in order to:**

- upload, post, or otherwise transmit any Content that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, invasive of another's privacy, hateful, or racially, ethnically or otherwise objectionable;

- harm minors in any way;

- impersonate any person or entity, including, but not limited to, a Rodale official, forum leader, guide or host, or falsely state or otherwise misrepresent your affiliation with a person or entity;

- forge headers or otherwise manipulate identifiers in order to disguise the origin of any Content transmitted through the Service or develop restricted or password-only access pages, or hidden pages or images (those not linked to from another accessible page);

- upload, post, or otherwise transmit any Content that you do not have a right to transmit under any law or under contractual or fiduciary relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);

- upload, post, or otherwise transmit any Content that infringes any patent, trademark, trade secret, copyright, or other proprietary rights of any party;

- upload, post, or otherwise transmit any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation, except in those areas of the Service that are designated for such purpose;

- upload, post, or otherwise transmit any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;

- interfere with or disrupt the servers or networks connected to the Rodale site, or disobey any requirements, procedures, policies or regulations of networks connected to the site;

- intentionally or unintentionally violate any applicable local, state, national or international law, including, but not limited to, regulations promulgated by the U.S. Securities and Exchange Commission, any rules of any national or other securities exchange, including, without limitation, the New York Stock Exchange, the American Stock Exchange or the NASDAQ, and any regulations having the force of law;

- "stalk" or otherwise harass another;

- collect or store personal data about other users;

- promote or provide instructional information about illegal activities, promote physical harm or injury against any group or individual, or promote any act of cruelty to animals;

- use your home page (or directory) as storage for remote loading or as a door or signpost to another home page; or

- engage in commercial activities without the express written consent of Rodale Inc. This includes, but is not limited to, the following activities:

  - offering for sale any products or services;

Create PDF in your application with the Pdfcrowd HTML to PDF API

PRO version   Are you a developer? Try out the HTML to PDF API

New hot app:  Facebook Albums To PDF

pdfcrowd.com

Exhibit 2 - Page 6

## Rights

You acknowledge that we acquire all Rights to use any posted materials as described above so that we do not violate any Rights you may have in materials you post. By submitting content to or through our Sites, you grant us the non-exclusive right to reproduce, modify, and distribute it as we see fit in any medium and for any purpose in any form, media, or technology now known or later developed. You also permit any other user to access, display, and print such content for personal use. You vouch that any material you submit does not violate, plagiarize, or infringe upon the right of any third party, including copyright, trademark, or proprietary rights. If non-original content is included in your posting, you must obtain permission from the content owner and attribute it.

## Copyrights and Copyright Agent

Rodale respects the rights of all copyright holders. If you believe that your work has been copied and used on one of our Sites in a way that constitutes copyright infringement, please provide Rodale's Copyright Agent the following information required by Section 512 of the Digital Millennium Copyright Act:

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
- Identification of the copyright work claimed to have been infringed, or, if multiple copyrighted works at a single on-line site are covered by a single notification, a representative list of such works at that site;
- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;
- Information reasonably sufficient to permit us/gifts to contact the complaining party;
- A statement that the complaining party has a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Rodale's Copyright Agent may be contacted at: Copyright Agent, Rodale Inc., 400 South 10th Street, Emmaus PA 18098-0099.

## We appreciate the opportunity to serve you!

If you have any questions regarding this privacy/policy statement or if you feel that this site has not followed its stated information policy, feel free to contact us. Our postal address is: 400 South 10th Street, Emmaus, PA 18098, and we can be reached via e-mail at: http://www.rodale.com/customer.html. You can reach customer service by telephone at 866-387-0509.

Additionally, you may contact your state or local consumer protection office. The Direct Marketing Association's Committee on Ethical Business Practices, the Better Business Bureau, or The Federal Trade Commission by phone at (202) FTC-HELP

created in Browser PRO version   Are you a developer? Try out the HTML to PDF API

Exhibit 2 - Page 7

(202/382-4357) and online at www.ftc.gov.

Note: This privacy policy applies to all of Rodale's owned and operated websites and to Rodale's other information gathering activities.

Rodale complies with all the stringent standards of ethical conduct set forth by the Direct Marketing Association.

Printer-friendly version

Your Privacy Rights | Manage Email Preferences | Contact Us | Rodale Institute | Career Opportunities

PRO version    Are you a developer? Try out the HTML to PDF API

New hot app:  Facebook Albums To PDF

pdfcrowd.com

Exhibit 2 - Page 8

2012-JAN-23  12:05    FROM-ABC LEGAL SERVICES          +2132539413        T-168   P.004/011   F-673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

### CV12- 585 GAF (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

*Failure to file at the proper location will result in your documents being returned to you.*

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

2012-JAN-23  12:05     FROM-ABC LEGAL SERVICES          +2132539413          T-168  P.005/011  F-673
                                        )
                                                                            ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| CHARLOTTE BAXTER, individually and on behalf of all others similarly situated, <br><br> *Plaintiff* <br><br> v. <br><br> RODALE, INC., a Pennsylvania corporation, <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. **CV 12  0585** -GAF (AGRx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RODALE, INC., a Pennsylvania corporation, 400 South 10th Street, Emmaus, Pennsylvania 18049

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Sean Reis
Edelson McGuire LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _JAN 2 3 2012_ _____        _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                                    .

     ❑  I personally served the summons on the individual at *(place)*

                                                 on *(date)*                           ; or

     ❑  I left the summons at the individual's residence or usual place of abode with *(name)*

                                      , a person of suitable age and discretion who resides there,

on *(date)*                           , and mailed a copy to the individual's last known address; or

     ❑  I served the summons on *(name of individual)*                                                   , who is

     designated by law to accept service of process on behalf of *(name of organization)*

                                                 on *(date)*                           ; or

     ❑  I returned the summons unexecuted because                                                   ; or

     ❑  Other *(specify):*

My fees are $                   for travel and $                   for services, for a total of $         0.00            .

I declare under penalty of perjury that this information is true.

Date:

                                              *Server's signature*

                                              *Printed name and title*

                                              *Server's address*

Additional information regarding attempted service, etc:

2012-JAN-23 12:05 FROM-ABC LEGAL SERVICES +2132539413 T-168 P.007/011 F-673

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
CHARLOTTE BAXTER, individually and on behalf of all others similarly situated.

**DEFENDANTS**
RODALE, INC., a Pennsylvania corporation.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Sean Reis, Edelson McGuire LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688 (949) 459-2124

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☑ Yes ☐ No    ☑ **MONEY DEMANDED IN COMPLAINT:** $ 5000000 +

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violations of Cal. Civil Code 1798.83 and B&P 17200 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standard Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☑ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUIT** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

FₑCV12 0585

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CIVIL COVER SHEET

CV-71 (05/08)

2012-JAN-23  12:06     FROM-ABC LEGAL SERVICES        +2132539413      T-168  P.008/011  F-673

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a).  IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s):

VIII(b).  RELATED CASES: Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX.  VENUE:  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Pennsylvania |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note:  In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER):                          Date  1-23-12

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CIVIL COVER SHEET