JS - 6    LINK: 42

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00585 GAF (AGRx) | Date | September 19, 2012 |
|---|---|---|---|
| Title | Charlotte Baxter v. Rodale, Inc. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| None | None | | |

**Proceedings:**     (In Chambers)

### ORDER DISMISSING CASE

Plaintiff Charlotte Baxter filed this putative class action against Defendant Rodale, Inc. ("Rodale"), alleging that Rodale violated California's "Shine the Light" law in failing to make certain disclosures concerning its distribution of customer information to third party marketers. (Docket No. 1, Compl.)  Rodale moved to dismiss the complaint, contending that its privacy policy fully complies with the statute, and that Baxter lacked standing to bring the claims asserted.  (Docket No. 24, Mem.)  The Court granted Rodale's motion to dismiss on August 29, 2012, and dismissed the case with leave to amend.  (Docket No. 43, 08/29/12 Order.)  The Court's order gave Plaintiff until September 14, 2012 to file an amended complaint addressing the deficiencies that the Court identified.  (Id. at 16.)  The order specifically advised Plaintiff that failure to amend by that deadline would be deemed consent to dismissal of the action with prejudice.  (Id.)

To date, Plaintiff has not filed an amended complaint.  The Court therefore **DISMISSES** Plaintiff's suit for the reasons set forth in its September 14, 2012 Order.

    **IT IS SO ORDERED.**