FILED

UNITED STATES COURT OF APPEALS

JAN 23 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLOTTE BAXTER, individually and on behalf of all others similarly situated, | No. 12-56925 |
| Plaintiff - Appellant, | D.C. No. 2:12-cv-00585-GAF-AGR Central District of California, Los Angeles |
| v. | |
| RODALE, INC., a Pennsylvania corporation, | ORDER |
| Defendant - Appellee. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

1/23/14

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

The Court is of the unanimous opinion that the facts and legal arguments are

adequately presented in the briefs and record and that oral argument would not

significantly aid the decisional process.

Therefore, this matter is ordered submitted without oral argument on

February 12, 2014, at Pasadena, California.  Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Beverly Brown
Deputy Clerk